JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCOS XAVIER RAMIREZ, | ) | Case No. CV 14-09364-PSG (KK) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| JACK FOX, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts.

DATED:  December 12, 2014

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1